**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-147-RLV-DCK**

| | |
|---|---|
| **RUTH BURLESON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **STANDARD INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

       **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by C. Grainger Pierce, Jr., concerning James T. Hedgepath on November 17, 2014. Mr. James T. Hedgepath seeks to appear as counsel *pro hac vice* for Defendant Standard Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Mr. James T. Hedgepath is hereby admitted *pro hac vice* to represent Defendant Standard Insurance Company.

       **SO ORDERED**.

Signed: November 18, 2014

David C. Keesler
United States Magistrate Judge