IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-147-RLV-DCK

| | |
|---|---|
| RUTH BURLESON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| STANDARD INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Calvin B. Bennett III, filed a "Certification Of Mediation Session" (Document No. 12) notifying the Court that the parties reached a settlement on March 26, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 4, 2015**.

Signed: April 6, 2015

David C. Keesler
United States Magistrate Judge